# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                             CASE NO.: 4:22-CR-136-DMB-JMV-1

JAMES GREER                                                     DEFENDANT

## ORDER OF REVOCATION AND DETENTION

Upon the Petition on Action on Conditions of Pretrial Release filed by U.S. Probation and Pretrial Services, the court held a revocation hearing and determined revocation and detention are warranted. This order sets forth the court's findings of fact and conclusions of law pursuant to 18 U.S.C. § 3148.

The court finds that there is clear and convincing evidence that the defendant has violated one or more conditions of his release. The court finds further that the defendant is unlikely to abide by any condition or combination of conditions of release.

Therefore, it is ORDERED that the defendant's pretrial release is revoked and that the defendant will be detained pending trial. The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 21st day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE