# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

v.    CRIMINAL NO. 4:22-cr-136-DMB-JMV-1

**JAMES GREER**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **A.E. Harlow, Jr. on December 5, 2022,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **A.E. Harlow, Jr.** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **A.E. Harlow, Jr.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 5th day of December, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE